UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT LAFAYETTE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　　　Defendant. | Case No. 2:16-cv-02935-APG-VCF<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>(ECF No. 5) |

　　　　The plaintiff has submitted an "Order for Temporary Restraining Order," which I will treat as a motion. ECF No. 5. The motion is defective for several reasons, a few (but not all) of which are set forth below. The motion apparently has not been served on any of the defendants. Nor does it appear that the complaint and summonses have been served on the defendants. A motion for an emergency, *ex parte* temporary restraining order is governed by Federal Rule of Civil Procedure 65 and Local Rules IA 6-2, IA 7-2, and 7-4. The motion does not comply with those rules. Nor does the plaintiff explain why the motion was not served on the defendants or why there is a need for immediate action. Thus, I will deny the motion without prejudice to refiling it if the plaintiff articulates sufficient grounds for his motion and complies with the applicable rules.

　　　　IT IS ORDERED that the plaintiff's motion for temporary restraining order **(ECF No. 5) is DENIED WITHOUT PREJUDICE.**

　　　　DATED this 28th day of December, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE