# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT LAFAYETTE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA et al.,<br><br>Defendants. | Case No. 2:16-cv-02935-APG-VCF<br><br>**ORDER DISMISSING CASE** |

I previously granted the defendants' motions to dismiss with leave for plaintiff Robert Lafayette to file an amended complaint curing the jurisdictional defects in his original complaint. ECF No. 40. I gave LaFayette until May 8, 2017 to file the amended complaint, and I advised him that if he failed to do so, the case would be closed. *Id.* Lafayette has not filed an amended complaint.

IT IS THEREFORE ORDERED that this lawsuit is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 1st day of June, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE